IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| **GABRIELA VAZQUEZ,** | ) |
| | ) Case No. 3:20-CV-073 |
| Plaintiff | ) |
| v. | ) By:  Michael F. Urbanski |
| | ) Chief United States District Judge |
| **GREENE COUNTY SCHOOL BOARD,** | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

Plaintiff and Defendant in this case have filed a stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. ECF No. 31. Accordingly, the motion is **GRANTED** and this case is hereby **DISMISSED with prejudice** and **STRICKEN** from the active docket of the court.

It is so **ORDERED**.

Entered: December 3, 2021

Michael F. Urbanski
Chief U.S. District Judge
2021.12.03 09:55:08 -05'00'

Michael F. Urbanski
Chief United States District Judge